IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO MENDEZ,

    Plaintiff,               No. CIV S-04-2447 LKK DAD P

    vs.

DR. CRAPOTTA, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with this action. Plaintiff has filed a request for court assistance and an extension of time to respond to defendants' motion to dismiss. Plaintiff states that he received a declaration by N. Grannis in support of a motion to dismiss but did not receive the motion.

        The declaration received by plaintiff may be his copy of the duplicate declaration filed and served by defendants on July 8, 2005, after the court informed counsel that some of the exhibits to the motion to dismiss filed electronically on July 5, 2005, are too dark to read. In the interests of justice, the court will direct defendants to re-serve their motion to dismiss.

        Plaintiff's request for court assistance and an extension of time was submitted without a proof of service. Plaintiff is advised that every document he submits to the court for consideration must be served on defendants' counsel. Fed. R. Civ. P. 5. Every document

1

submitted for filing must include a proof of service stating the name of the document served, the date on which a complete copy of the document was placed in the mail to opposing counsel, and name and complete address of the person to whom the copy was mailed.  See Local Rule 5-135(b) and (c).  A proof of service must be dated and signed under penalty of perjury.  Plaintiff is cautioned that each document subsequently filed in this action must include a proper certificate of service.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 15, 2005 request for court assistance and an extension of time is granted;

2. Defendants shall re-serve their July 5, 2005 motion to dismiss upon plaintiff within five court days after this order is filed and shall file a certificate of service reflecting the date of re-service;

3. Plaintiff shall file and serve his opposition to defendants' motion to dismiss within thirty days after re-service of the motion; and

4. Defendants' reply, if any, shall be filed within fifteen days after service of plaintiff's opposition.

DATED: August 19, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mend2447.36