1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAXIMILIANO MENDEZ,

11          Plaintiff,                    No. CIV S-04-2447 LKK DAD P

12      vs.

13   DR. CRAPOTTA, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff has requested an extension of time to respond to the motion to dismiss

17   filed by defendants on July 5, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

18          1.  Plaintiff's September 23, 2005 request for extension of time is granted; and

19          2.  Plaintiff's opposition to defendants' motion to dismiss shall be filed and served

20   within thirty days from the date of this order; any reply shall be filed within fifteen days after

21   plaintiff's opposition is served.

22   DATED: September 28, 2005.

23

24   _____
     DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
25   DAD:13:bb
     mend2447.36s

26