IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO MENDEZ,

    Plaintiff,                    No. CIV S-04-2447 LKK DAD P

    vs.

DR. CRAPOTTA, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff has submitted a letter in which he states that prison officials confiscated his ink pens on October 7, 2005, and provided him with pencils and "only one pen, almost empty." Plaintiff cites the court's requirement that documents be typed or printed legibly in ink for scanning purposes, asserts that his access to the court is being denied or obstructed by the confiscation of his ink pens, and requests the court's assistance "as legally appropriate."

        Plaintiff has not demonstrated that court intervention is required or appropriate. The court was able to scan plaintiff's letter, which was submitted in pencil. Plaintiff will be permitted to submit subsequent documents printed legibly in pencil when ink is not available. The court will grant plaintiff a final extension of time to file his opposition to defendants' July 5, 2005 motion to dismiss, as set forth below.

/////

IT IS ORDERED that:

1. Plaintiff's October 21, 2005 request for court assistance is granted in part;

2. Plaintiff is granted leave to submit documents legibly printed in pencil when ink is not available; and

3. Plaintiff's opposition to defendants' motion to dismiss shall be filed and served within fifteen days from the date of this order; defendants' reply, if any, shall be filed within fifteen days after plaintiff's opposition is served.

DATED: October 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
mend2447.36t

2