IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO MENDEZ,

    Plaintiff,                    No. CIV S-04-2447 LKK DAD P

    vs.

DR. CRAPOTTA, et al.,

    Defendants.               ORDER

_____/

    Plaintiff has submitted an undated document in which he states that he is unable to file his opposition by October 28, 2005.  On October 27, 2005, the court granted plaintiff a final extension of fifteen days to file opposition to defendants' motion to dismiss.  IT IS HEREBY ORDERED that plaintiff's November 1, 2005 request for a thirty-day extension of time is denied.

DATED: November 8, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
mend2447.36den