IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO MENDEZ,

    Plaintiff,                       No. CIV S-04-2447 LKK DAD P

    vs.

DR. CRAPOTTA, et al.

    Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 5, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations, and defendants have filed replies.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2005, are adopted in full;

2. Defendants' July 5, 2005 motion to dismiss is granted;

3. Plaintiff's November 23, 2005 request for leave to amend and for court intervention is denied; and

4. This action is dismissed without prejudice for failure to exhaust available administrative remedies prior to bringing the action.

DATED: February 23, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/mend2447.805