IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO MENDEZ,

    Plaintiff,                   No. CIV S-04-2447 LKK DAD P

    vs.

DR. CRAPOTTA, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff's civil rights action was dismissed without prejudice on February 24, 2006, for failure to exhaust administrative remedies prior to bringing the action. In a letter filed May 24, 2006, plaintiff requests a form to re-open this case on the ground that his administrative remedies were exhausted while this case was proceeding. Plaintiff is advised that he may not re-open this case, but he may file a new case by submitting a civil rights complaint together with the $350.00 filing fee or an application to proceed in forma pauperis. Plaintiff's new complaint shall not include the case number of this closed case. IT IS ORDERED that the Clerk of the Court shall send plaintiff a civil rights complaint form with an in forma pauperis application.

DATED: May 31, 2006.

                                                   /s/ Dale A. Drozd
                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

DAD:13
mend2447.58