IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO MENDEZ,

    Plaintiff,                    No. CIV S-04-2447 LKK DAD P

    vs.

DR. CRAPOTTA, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has submitted a letter and copies of documents captioned for filing in this closed case. On February 24, 2006, this action was dismissed without prejudice for failure to exhaust administrative remedies prior to bringing the action. On June 1, 2006, plaintiff was provided with the forms needed to commence a new action. Plaintiff's September 15, 2006 letter and documents will be disregarded, and no orders will issue in response to future documents improperly submitted for filing in this closed case.

        IT IS SO ORDERED.

DATED: October 13, 2006.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:13
mend2447.58s